HUMBERT DE SAYVE, Respondent, v. JEAN DE G. DE LA VALDENE, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Cohn, Breitel, Botein and Bergan, JJ. [See *post,* p. 1052.]

■

BERNHARDT E. MITLER, Respondent-Appellant, v. ADOLPH FRIEDEBERG, Appellant-Respondent.— Order unanimously affirmed. No opinion. Present — Peck, P. J., Cohn, Breitel, Botein and Bergan, JJ.

■

BENJAMIN MARSHALL, Appellant, v. CITY OF NEW YORK et al., Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Cohn, Breitel, Botein and Bergan, JJ. [See *post,* p. 1052.]

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ELTON C. TOLAND, Appellant.— Judgment unanimously affirmed. No opinion. Present — Peck, P. J., Cohn, Breitel, Botein and Bergan, JJ.

■

NEW YORK CITY CHAPTER OF THE CIVIL SERVICE EMPLOYEES ASSOCIATION, INC., et al., Appellants, v. CIVIL SERVICE EMPLOYEES ASSOCIATION, INC., Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Cohn, Breitel, Botein and Bergan, JJ. [See 284 App. Div. 802.]

■

MARGARET C. TRACY et al., v. JAMES L. CLARE et al.— Motion to dismiss appeal granted, with $10 costs. Present — Peck, P. J., Dore, Callahan, Breitel and Bergan, JJ.

■

KATE SILVERMAN v. L. C. C. RESORT, INC.— Motion to dismiss appeal granted, with $10 costs. Present — Peck, P. J., Dore, Callahan, Breitel and Bergan, JJ.

■

SAMUEL M. FINK, as Ancillary Administrator with the Will Annexed of VIVIAN C. GRIFFIN, Deceased, v. LEONARD G. BRADFORD.— Motion to dismiss appeal granted, with $10 costs. Present — Peck, P. J., Dore, Callahan, Breitel and Bergan, JJ.

■

THE PEOPLE OF THE STATE OF NEW YORK v. JOHN ALU.— Motion to dismiss appeal granted. Present — Peck, P. J., Dore, Callahan, Breitel and Bergan, JJ.